# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

FRANK CLEMONS, on behalf of
Himself and other members of the
General public similarly situated,

    Plaintiff,

-v-

KUKA TOLEDO PLANT
OPERATIONS, LLC, KUKA SYSTEMS
NORTH AMERICA, LLC and KUKA
U.S. HOLDINGS COMPANY, LLC,

    Defendants.

Case No. 3:17-cv-1850-JJH

Hon. Jeffrey J. Helmick

Magistrate Judge James R. Knepp, II

## ORDER APPROVING SETTLEMENT OF FLSA COLLECTIVE ACTION AND DISMISSING CASE

The Court has reviewed the Joint Motion for Approval of FLSA Collective Action Settlement and finds the settlement terms set forth therein to be fair and reasonable.

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs conditioned upon defendants' compliance with such settlement terms.  This Order is determinative of, and resolves, all claims of the plaintiff and opt-in plaintiffs for overtime compensation due under the Fair Labor Standards Act, 29 U.S.C. 201 *et seq*., and Ohio wage law.  The Court retains jurisdiction to enforce the payment of the settlement amounts and attorney fees and costs to be paid under the terms of the settlement, if necessary.

July 23, 2019

s/ Jeffrey J. Helmick
United States District Judge